UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KELVIN D. BODLEY,   Case No.: 6:02-CV-851-Orl-18KRS

Plaintiff,

vs.

ORANGE COUNTY, FLORIDA,

Defendant.

*GRANTED and SO ORDERED this 5 day of July, 2005.*

*G. KENDALL SHARP*
*United States District Judge*

## JOINT RESPONSE TO THE COURT'S REPORT AND RECOMMENDATION

Plaintiff, KELVIN BODLEY ("Mr. Bodley"), and Defendant, ORANGE COUNTY, FLORIDA ("Orange County"), by and through their respective undersigned counsel file this Joint Response to the Court's Report and Recommendation, and state as follows:

1. On June 8, 2005, this Court entered a Report and Recommendation recommending that Orange County's Motion for Attorney's Fees be granted. The Court further recommended that Orange County "be required to confer with the plaintiff and his counsel in a good faith effort to resolve the amount of attorney's fees to be paid." Doc. No. 70.

2. On June 15, 2005, the parties and their respective undersigned counsel conferred in person in a good faith effort to resolve the amount of attorney's fees to be paid by Mr. Bodley to Orange County.

3. Mr. Bodley and his counsel are aware that Orange County incurred reasonable attorney's fees in excess of $122,400.00, that Orange County is entitled to recover its fees and that on April 1, 2004, the Clerk of the Middle District of Florida